IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

SHIRLEY HARWOOD,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:09-1086

MYRON L. BATTS, Warden,

    Defendant.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C.A. § 636(b)(1)(B).  Magistrate Judge VanDervort submitted to the court his Findings and Recommendation on August 5, 2011, in which he recommended that the District Court deny plaintiff's motion to proceed in forma pauperis, dismiss her petition under 28 U.S.C. § 2241, and remove this matter from the court's docket.

In accordance with the provisions of 28 U.S.C.A. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation.  The failure of any party to file such objections constitutes a waiver of such party's right to a de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the allotted time

period.  Having reviewed the Findings and Recommendation filed by
Magistrate Judge VanDervort, the court adopts the findings and
recommendations contained therein.  Accordingly, the court hereby
**DENIES** plaintiff's motion to proceed in forma pauperis, **DISMISSES**
her petition under 28 U.S.C. § 2241, and directs the Clerk to
remove this case from the court's active docket.

Additionally, the court has considered whether to grant a
certificate of appealability.  <u>See</u> 28 U.S.C. § 2253(c).  A
certificate will not be granted unless there is "a substantial
showing of the denial of a constitutional right."  28 U.S.C. §
2253(c)(2).  The standard is satisfied only upon a showing that
reasonable jurists would find that any assessment of the
constitutional claims by this court is debatable or wrong and that
any dispositive procedural ruling is likewise debatable.  <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336-38 (2003); <u>Slack v. McDaniel</u>,
529 U.S. 473, 484 (2000); <u>Rose v. Lee</u>, 252 F.3d 676, 683-84 (4th
Cir. 2001).  The court concludes that the governing standard is
not satisfied in this instance.  Accordingly, the court DENIES a
certificate of appealability.

The Clerk is directed to forward a copy of this Memorandum
Opinion and Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 23rd day of September, 2011.

ENTER:

David A. Faber
Senior United States District Judge

2